IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Holman, Sherline

Printed: 2/26/08

Case Number: 07 B 16973
Judge: Squires, John H
Filed: 9/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 2. | HSBC Auto Finance | Secured | 16,785.77 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 8,209.21 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 1,231.22 | 0.00 |
| 5. | HSBC Auto Finance | Unsecured | 1,093.02 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 947.89 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 2,318.66 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 151.82 | 0.00 |
|  |  |  | $ 30,737.59 | $ 0.00 |

### TRUSTEE FEE DETAIL

Fee Rate        Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

